UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-62078-CIV-HUCK/WHITE

MORRIS WILLIAMS,

    Petitioner,

v.

WALTER A. MCNEIL,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on a Report and Recommendation (Doc. 15) by the Honorable Patrick A. White, United States Magistrate Judge, filed November 19, 2009, recommending that Petitioner's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied. On December 8, 2009, Petitioner filed objections to the Report and Recommendation (Doc. 16). The Court reviewed *de novo* the Report and Recommendation, Petitioner's objections, the pertinent portions of the record, and is otherwise duly advised. The Court adopts the findings of fact and conclusions of law as stated in the report. Petitioner's objections are overruled, the petition is dismissed for the reasons stated in the report, and this case is closed.

DONE AND ORDERED in Chambers, Miami, Florida, December 15, 2009.

                                                Paul C. Huck
                                                United States District Judge

**Copies furnished to:**
Magistrate Judge Patrick White
Counsel of Record

CLOSED CIVIL CASE